ON APPLICATION FOR ADMISSION TO THE BAR
PER CURIAM.
hThe Committee on Bar Admissions (“Committee”) opposed petitioner’s application to sit for the Louisiana Bar Examination based on character and fitness concerns relating to his prior criminal history and his military disciplinary history. In addition, the Committee cited a finding by the Texas Board of Bar Examiners that petitioner had failed to fully and accurately disclose his criminal and military disciplinary history on his law school application and on his bar application in Texas. We subsequently granted petitioner permission to sit for the bar exam, with the condition that upon his successful completion of the exam, he apply to the court for the appointment of a commissioner to take character and fitness evidence.
Petitioner thereafter successfully passed the essay portion of the bar exam, and upon his application, we remanded this matter to the Committee on Bar Admissions Panel on Character and Fitness to conduct an investigation and appointed a commissioner to take character and fitness evidence. Following the proceedings, the commissioner filed his report with this court, recommending petitioner be admitted to the practice of law. Neither party objected to this recommendation; however, on its own motion, this court ordered the matter docketed for oral argument.
After hearing oral argument, reviewing the evidence, and considering the law, we conclude petitioner is eligible to be admitted to the practice of law in |2Louisiana.
*780 Accordingly, it is ordered that the application for admission be and hereby is granted.
ADMISSION GRANTED.
VICTORY, Justice, would deny admission.
GUIDRY, Justice, dissents and would deny admission.
CLARK, Justice, would deny admission and assigns reasons.
VICTORY, J., dissents.
_JjI would deny admission.